UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  13-61539-CIV-MIDDLEBROOKS/BRANNON

RICHARD FERIA,

                Plaintiff,

vs.

TUTOR PERINI CORPORATION,

                Defendant.

_____/

**JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT
AND DISMISS ACTION WITH PREJUDICE
FOR THE CLAIMS OF PLAINTIFF, RICHARD FERIA**

Plaintiff, RICHARD FERIA (hereinafter "Plaintiff"), and TUTOR PERINI

CORPORATION (hereinafter "Defendant"), jointly move the Court to review and approve their

settlement and dismiss this action with prejudice, and state the following:

1.    Plaintiff's complaint alleges that Defendant violated the Fair Labor Standards

Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA"), by failing to pay Plaintiff the

required minimum wage/overtime compensation.

2.    The parties have negotiated a settlement of this matter. Under Lynn's Food Stores,

Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the

FLSA may be settled or compromised with the approval of the district court (or under the

supervision of the U.S. Department of Labor). The parties request that the Court review and

approve their settlement and dismiss this action with prejudice. The parties further request that

the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be

necessary.

3**.**     All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair full payment of Plaintiff's claims.

4**.**     Attached hereto as Exhibit "A" is a copy of the parties' Settlement Agreement where the Plaintiff secured a full recovery of damages claimed including liquidated damages with reasonable attorney's fees and costs to be paid separately by Defendant.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter an Order*:

a.     approving the parties' settlement;

b.     dismissing this action with prejudice; and

c.     reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

*     A proposed Order is provided herewith.

Respectfully submitted by,

| Castle & Associates | Loren Law Group |
|---|---|
| 8383 Wilshire Blvd | 320 South State Rd 7 |
| Suite 810 | Suite 300 |
| Beverly Hills, CA 90211 | Plantation, FL 33317 |
| TEL:   (310)286-3400 | Phone:     (954)585-4878 |
| FAX:   (310)286-3404 | Facsimile: (954)585-4886 |
| | E-Mail:    JLoren@Lorenlaw.com |
| Robert  Nida, Esquire | |
| Bar No.: | */s/ James M. Loren* |
| E-Mail: Rnida@castlelawoffice.com | _____ |
| Counsel for Defendants | James M. Loren, Esquire |
| | Bar No.: 55409 |
| | Counsel for Plaintiff |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 16, 2013 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Loren Law Group
320 South State Rd 7
Suite 300
Plantation, FL 33317
Phone:        (954)585-4878
Facsimile:    (954)585-4886
E-Mail:       JLoren@Lorenlaw.com

*/s/ James M. Loren*


_____
James M. Loren, Esquire
Bar No.: 55409

3

**<u>SERVICE LIST</u>**

Castle & Associates
Robert Nida, Esquire
8383 Wilshire Blvd
Suite 810
Beverly Hills, CA 90211
Phone:      (310)286-3400
Via Fax:    (310)286-3404
Counsel for Defendant

## GENERAL RELEASE

This Release (hereinafter "Release") is made and entered into by Richard Feria (hereinafter "Claimant"), an individual, for the benefit of Tutor Perini Corporation (hereinafter "Company"), a Massachusetts Corporation, headquartered in California.

## RECITALS

A.     Claimant was employed by Company or its subsidiary until June 2013.

B.     Claimant filed a lawsuit in the United States District Court for the Southern District of Florida, Case No. 13-61539, on or about July 17, 2013 (hereinafter "Lawsuit"), seeking damages related to wage and hour claims; and

C.     Claimant now desires to release any and all claims by Claimant against Company.

## RELEASE

1.     **Covenants and Release**

1.1     Resolution of Liability:   In consideration of a payment in the amount of $5,806 (comprised of $2,781 in damages to Claimant and $3,025 in attorney's fees and costs to Loren & Associates, P.A), to be made by Company to Claimant, made payable to trust account of Loren & Associates, P.A., and sent to Loren Law Group, 320 South State Road 7, Suite #300, Plantation, Fl. 33317, within 10 days of receipt by Company of the scanned, facsimile or original copy of this document, Claimant agrees that said payment resolves all claims for damages and all issues of liability of Company that were alleged by Claimant in his Lawsuit or could have been alleged in any lawsuit related to his employment with Company, including, without limitation, wage, hour and overtime claims, or other claims in the broadest possible terms and definition.  This Release shall be effective immediately upon Claimant's signature and receipt of payment, except for claims concerning age discrimination, for which this Release becomes effective seven (7) days after Claimant's signature. In accordance with the Older Workers Benefit Protection Act, Claimant is made aware that: [a.] Claimant may and should consult an attorney before entering into this Release; [b.] Claimant has twenty-one (21) days from the date he receives this Release  to consider it, but he may sign it any time earlier; and [c.] Claimant has seven (7) days after signing this Release  to revoke the Release.

1.2     Release:  Except for the rights and obligations expressly contained in or arising out of this Release, Claimant hereby releases and discharges Tutor Perini Corporation, Tutor Perini Building Corp., Perini Building Company, and all of their former and present employees, managers, agents, subsidiaries, partners, affiliates, owners, parent companies, servants, insurers, predecessors, successors, heirs, executors, assigns, contractors, representatives and lawyers, and all other like persons, firms and corporations from any and all manner of actions, claims, demands, liabilities, debts, damages, expenses and costs of every nature, kind and description whatsoever which Claimant now has or may hereinafter have against any of them, whether presently known or unknown by Claimant, by reason of any matter, cause, act or omission related to or potentially related to Claimant's employment with Company, and arising from the beginning of Claimant's employment with Company to the date of this Release, the consequences of which may hereafter develop as well as those which have already developed including, but not limited to, all claims and damages alleged in the Lawsuit, all other claims and damages that are related to or potentially related to Claimant's employment with Company, and any claims, grievances or other complaints that were asserted, or could have been asserted, by Claimant against Company, to any agency, court or other venue.

Exhibit "A"

1.3     Dismissal of lawsuit and Covenant not to sue:  Claimant agrees to dismiss, with prejudice, the Lawsuit within five (5) days of receipt of the payment due under Paragraph 1.1 of this Release, and Claimant agrees not to file or maintain any further lawsuits, administrative actions or claims against Company.

1.4     No Other Promise or Agreement:  As a further consideration for said sum and release, Claimant warrants that no promise or agreement not herein expressed has been made.

1.5     No Admission of Liability: Claimant acknowledges that resolving this matter and making payment pursuant to the terms set forth herein, Company does not admit liability in any matter whatsoever.

1.6     Attorney Fees and Costs of the Lawsuit:  The Parties hereto will assume and bear their own costs, including attorney's fees and expert costs, incurred as a result of or in connection with the claims and contentions arising out of the events recited hereinabove.

## 2.     Confidentiality

2.1     Confidential: It is expressly agreed by Claimant that the terms of this Release shall be kept confidential and shall not be discussed, revealed or published to any third party, except Claimant's accountants and lawyers, without the prior written consent of Company.

## 3.     Miscellaneous

3.1     Entire Document:  This Release sets forth the release, and supersedes all prior statements, discussions, negotiations, understandings or agreements between the Parties concerning the subject matter hereof, and any modification or amendment to this Release shall be in writing and shall be signed by all Parties. This document may be signed in counterpart, and said parts shall constitute the entire document.

3.2     Execution of Documents:  Claimant agrees to execute all such documents, including dismissals, as shall be necessary or helpful to carry out the provisions of this Release.

3.3     Tax Advice and Indemnification:  Claimant acknowledges that he is liable for any and all federal, state and local taxes associated with the amount paid under Paragraph 1.1 of the Agreement. Claimant further agrees to defend and indemnify Company and its insurance carrier for any claims brought by any tax agency for claims related to the settlement paid hereunder.

3.4     No Further Employment: In consideration of this Agreement, Claimant agrees not to apply or accept any future employment with any Company, including its parent or any joint venture in which Company or its parent are parties, or any Company project.

3.5     Severability: If any provision or any part of any provision of this Release shall for any reason be held to be invalid, unenforceable, or contrary to public policy or any law, all remaining provisions of this Release shall otherwise remain in full force and effect and be construed as if such invalid portion or portions had not been included herein.

Dated: September ___, 2013

Dated: September 10, 2013

_____
Richard Feria

_____
Deborah A. Redmond
Vice President Human Resources
Tutor Perini Corporation

1.3    <u>Dismissal of lawsuit and Covenant not to sue</u>:  Claimant agrees to dismiss, with prejudice, the Lawsuit within five (5) days of receipt of the payment due under Paragraph 1.1 of this Release, and Claimant agrees not to file or maintain any further lawsuits, administrative actions or claims against Company.

1.4    <u>No Other Promise or Agreement</u>:  As a further consideration for said sum and release, Claimant warrants that no promise or agreement not herein expressed has been made.

1.5    <u>No Admission of Liability</u>: Claimant acknowledges that resolving this matter and making payment pursuant to the terms set forth herein, Company does not admit liability in any matter whatsoever.

1.6    <u>Attorney Fees and Costs of the Lawsuit</u>:  The Parties hereto will assume and bear their own costs, including attorney's fees and expert costs, incurred as a result of or in connection with the claims and contentions arising out of the events recited hereinabove.

**2.    Confidentiality**

2.1    <u>Confidential</u>: It is expressly agreed by Claimant that the terms of this Release shall be kept confidential and shall not be discussed, revealed or published to any third party, except Claimant's accountants and lawyers, without the prior written consent of Company.

**3.    Miscellaneous**

3.1    <u>Entire Document</u>:  This Release sets forth the release, and supersedes all prior statements, discussions, negotiations, understandings or agreements between the Parties concerning the subject matter hereof, and any modification or amendment to this Release shall be in writing and shall be signed by all Parties. This document may be signed in counterpart, and said parts shall constitute the entire document.

3.2    <u>Execution of Documents</u>:  Claimant agrees to execute all such documents, including dismissals, as shall be necessary or helpful to carry out the provisions of this Release.

3.3    <u>Tax Advice and Indemnification</u>:  Claimant acknowledges that he is liable for any and all federal, state and local taxes associated with the amount paid under Paragraph 1.1 of the Agreement. Claimant further agrees to defend and indemnify Company and its insurance carrier for any claims brought by any tax agency for claims related to the settlement paid hereunder.

3.4    <u>No Further Employment</u>: In consideration of this Agreement, Claimant agrees not to apply or accept any future employment with any Company, including its parent or any joint venture in which Company or its parent are parties, or any Company project.

3.5    <u>Severability</u>: If any provision or any part of any provision of this Release shall for any reason be held to be invalid, unenforceable, or contrary to public policy or any law, all remaining provisions of this Release shall otherwise remain in full force and effect and be construed as if such invalid portion or portions had not been included herein.

Dated: September 11, 2013

_Richard Feria_ (signature)
Richard Feria

Dated: September 10, 2013

_____
Deborah A. Redmond
Vice President Human Resources
Tutor Perini Corporation